Affirmed and Memorandum Opinion filed October 16, 2008








Affirmed
and Memorandum Opinion filed October 16, 2008.

 

In The

 

Fourteenth Court of
Appeals

____________

 

NO. 14-08-00325-CR

____________

 

LUCINDA MICHELLE BORRES, Appellant

 

V.

 

THE STATE OF TEXAS, Appellee

 



 

On Appeal from the 252nd District
Court

Jefferson County, Texas

Trial Court Cause No.
80118

 



 

M E M O R A N D U M   O P I N I O N

Appellant
entered a plea of guilty to the offense of theft.  On February 28, 2000, the
trial court sentenced appellant to confinement for two years in the State Jail
Division of the Texas Department of Criminal Justice, but suspended the
sentence and placed appellant on community supervision for five years and
assessed a $750 fine.  Appellant=s community supervision was
subsequently extended.  On March 7, 2008, after a plea of true to the first
count in the State=s motion to revoke, the trial court revoked appellant=s community supervision and sentenced
her to confinement for two years in the State Jail Division of the Texas
Department of Criminal Justice.  Appellant filed a pro se notice of appeal.








Appellant=s appointed counsel filed a brief in
which he concludes the appeal is wholly frivolous and without merit.  The brief
meets the requirements of Anders v. California, 386 U.S. 738, 87 S.Ct.
1396 (1967), by presenting a professional evaluation of the record and
demonstrating why there are no arguable grounds to be advanced.  See High v.
State, 573 S.W.2d 807, 811-12 (Tex. Crim. App. 1978).

A copy
of counsel=s brief was delivered to appellant.  Appellant was advised of the right
to examine the appellate record and file a pro se response.  See Stafford v.
State, 813 S.W.2d 503, 510 (Tex. Crim. App. 1991).  As of this date, more
than sixty days has elapsed and no pro se response has been filed.

We have
carefully reviewed the record and counsel=s brief and agree the appeal is
wholly frivolous and without merit.  See Bledsoe v. State, 178 S.W.3d
824, 827-28 (Tex. Crim. App. 2005).  Further, we find no reversible error in
the record.  A discussion of the brief would add nothing to the jurisprudence
of the state.  

Accordingly,
the judgment of the trial court is affirmed.

 

PER CURIAM

 

Judgment rendered and Memorandum Opinion filed October
16, 2008.

Panel consists of Chief Justice Hedges and Justices
Guzman and Brown.  

Do Not Publish C Tex. R. App. P.
47.2(b).